AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Mark Lewis<br>*Plaintiff*<br>v.<br>Beaufort Court, Beaufort County Sheriff's Office and J. Hoyt, Faith Lingard, South Carolina Department of Motor Vehicles, and Latonia Washington,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No.    2:10-861-JMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Report and Recommendations of Magistrate Judge Robert S. Carr are adopted and incorporated. Defendants' Motions to Dismiss [Docs. # 3, 6, 8, 10, 15, and 17] are granted, and that Plaintiff's complaint for relief is dismissed in its entirety. It is further ordered that all other pending motions [Docs. # 32, and 34] are denied as moot. The Plaintiff shall take nothing on his complaint filed pursuant to Title 42 U.S.C § 1983.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States Magistrate Judge.

Date:   January 28, 2011                               *CLERK OF COURT*   Larry W. Propes

                                                       *[signature]*
                                                       *Deputy Clerk*